United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01795-MJC
Cheryl Lenor Myers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: Feb 06, 2023    Form ID: ntcnfhrg    Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl Lenor Myers, 22 Machell Drive, Dallas, PA 18612-1611 |
| 5496576 | + | Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5496577 | + | Luzerne County Tax Claim, Luzerne County Courthouse, 200 N River Street, Wilkes Barre, PA 18711-1001 |
| 5496581 | | UGI Utilities, Inc, Electric Service, P O Box 15503, Wilmington, DE 19886-5503 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 06 2023 18:50:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5496578 | | Email/Text: camanagement@mtb.com | Feb 06 2023 18:37:00 | M & T Bank, P O Box 619063, Dallas, TX 75261-9063 |
| 5496579 | | Email/Text: camanagement@mtb.com | Feb 06 2023 18:37:00 | M & T Bank, P O Box 1288, Buffalo, NY 14240 |
| 5501972 | | Email/Text: camanagement@mtb.com | Feb 06 2023 18:37:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5499804 | + | Email/Text: camanagement@mtb.com | Feb 06 2023 18:37:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5496944 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2023 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5499961 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 06 2023 18:37:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5496580 | + | Email/Text: DeftBkr@santander.us | Feb 06 2023 18:37:00 | Santander Bank, 75 State Street, Boston, MA 02109-1827 |
| 5496661 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2023 18:38:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5502027 | | Email/Text: bkrcy@ugi.com | Feb 06 2023 18:37:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kevin M Walsh | on behalf of Debtor 1 Cheryl Lenor Myers KMWesq@aol.com law297@aol.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cheryl Lenor Myers,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−01795−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 9, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 16, 2023<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 6, 2023 |

ntcnfhrg (08/21)