UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   CHERYL LENOR MYERS

                     Debtor(s)

JACK N. ZAHAROPOULOS                    CHAPTER 13
CHAPTER 13 TRUSTEE
                    Movant
vs.
CHERYL LENOR MYERS
                                            CASE NO: 5-22-01795-MJC

                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 9, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   February 9, 2023                          Respectfully submitted,

                                                            /s/   Agatha R. McHale, Esquire
                                                            ID:  47613
                                                            Attorney for Movant
                                                            Jack N. Zaharopoulos
                                                            Standing Chapter 13 Trustee
                                                            Suite A, 8125 Adams Drive
                                                            Hummelstown, PA 17036
                                                            Phone:  (717) 566-6097
                                                           email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CHERYL LENOR MYERS

                Debtor(s)

JACK N. ZAHAROPOULOS           CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

vs.

CHERYL LENOR MYERS
                                        CASE NO: 5-22-01795-MJC

        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

      March 16, 2023 at 10:00 AM
      U.S. Bankruptcy Court
      Max Rosenn U.S. Courthouse
      197 S. Main Street
      Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 5,612.76**
      **AMOUNT DUE FOR THIS MONTH: $1,870.92**
      **TOTAL AMOUNT DUE BEFORE HEARING DATE: $7,483.68**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to:
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: February 9, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CHERYL LENOR MYERS

                        Debtor(s)

JACK N. ZAHAROPOULOS            CHAPTER 13
CHAPTER 13 TRUSTEE
             Movant
vs.
CHERYL LENOR MYERS
                                                                 CASE NO: 5-22-01795-MJC

             Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 9, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

KEVIN M. WALSH, ESQUIRE
297-299 PIERCE STREET
KINGSTON PA 18704-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

<u>Served by First Class Mail</u>

CHERYL LENOR MYERS
22 Machell Drive
Dallas PA 18612

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 9, 2023                              /s/ Matt Arcuri
                                                                          Office of the Standing Chapter 13 Trustee
                                                                          Jack N. Zaharopoulos
                                                                          Suite A, 8125 Adams Dr.
                                                                          Hummelstown, PA 17036
                                                                          Phone: (717) 566-6097
                                                                          email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CHERYL LENOR MYERS           CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE           CASE NO: 5-22-01795-MJC
         Movant

vs.
CHERYL LENOR MYERS

## ORDER DISMSSING CASE

     Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.