United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 22-01795-MJC

Cheryl Lenor Myers                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                            Page 1 of 2

Date Rcvd: Sep 06, 2023                  Form ID: pdf010                       Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl Lenor Myers, 22 Machell Drive, Dallas, PA 18612-1611 |
| 5496576 | + | Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5496577 | + | Luzerne County Tax Claim, Luzerne County Courthouse, 200 N River Street, Wilkes Barre, PA 18711-1001 |
| 5496581 | | UGI Utilities, Inc, Electric Service, P O Box 15503, Wilmington, DE 19886-5503 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 06 2023 18:42:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5496578 | | Email/Text: camanagement@mtb.com | Sep 06 2023 18:32:00 | M & T Bank, P O Box 619063, Dallas, TX 75261-9063 |
| 5496579 | | Email/Text: camanagement@mtb.com | Sep 06 2023 18:32:00 | M & T Bank, P O Box 1288, Buffalo, NY 14240 |
| 5501972 | | Email/Text: camanagement@mtb.com | Sep 06 2023 18:32:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5499804 | + | Email/Text: camanagement@mtb.com | Sep 06 2023 18:32:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5496944 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 18:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5499961 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2023 18:32:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5496580 | + | Email/Text: DeftBkr@santander.us | Sep 06 2023 18:32:00 | Santander Bank, 75 State Street, Boston, MA 02109-1827 |
| 5496661 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 18:42:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5502027 | | Email/Text: bkrcy@ugi.com | Sep 06 2023 18:32:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kevin M Walsh | on behalf of Debtor 1 Cheryl Lenor Myers KMWesq@aol.com  law297@aol.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CHERYL LENOR MYERS, | CASE NO: 5:22-bk-01795-MJC |
| Debtor | |

ORDER GRANTING
DEBTOR'S REQUEST/MOTION TO DISMISS

Upon consideration of Debtor's Request/Motion to Dismiss, Dkt. # 49 ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED** and the above-captioned case is **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 5, 2023