## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Cheryl Lenor Myers** | | **BK NO. 22-01795 MJC** |
| | **Debtor(s)** | |
| | | **Chapter 13** |
| **M&T Bank** | | |
| | **Movant** | **Related to Claim No. 5-1** |
| **vs.** | | |
| **Cheryl Lenor Myers** | | |
| | **Debtor(s)** | |
| **Jack N. Zaharopoulos**, | | |
| | **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 8, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Cheryl Lenor Myers
22 Machell Avenue
Dallas, PA 18612

Attorney for Debtor(s)
Kevin M. Walsh, Esq.
297-299 Pierce Street (VIA ECF)
Kingston, PA 18704

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: March 8, 2023

/s/Michael P. Farrington Esq.
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com